IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARENCE JOSEPH HAYES,** | CIV S-07-2755 WBS JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **DEBRA DEXTER, Warden, et al.** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before April 9, 2008. Petitioner's traverse, if any, shall be filed thirty days thereafter.

Dated: March 14, 2008.

UNITED STATES MAGISTRATE JUDGE

/haye2755.eot

[Proposed] Order

1