```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10                            ----oo0oo----
11  CLARENCE JOSEPH HAYES,
12           Petitioner                CIV. NO. 2:07-2755 WBS JFM
13  vs.
14  DEBERA DEXTER, Warden, ATTORNEY
    GENERAL OF THE STATE OF
15  CALIFORNIA,                        RELATED CASE ORDER
16           Respondent.
    _____/
17
18  CLARENCE JOSEPH HAYES,
19           Petitioner,               CIV. NO. 09-2433 GEB EFB
    vs.
20
    D.K. Sisto,
21
             Respondent.
22  _____/
23                            ----oo0oo----
24           Examination of the above-entitled actions reveals that
25  these actions are related within the meaning of Local Rule 83-
26  123(a) because the petitions in both cases challenge the same
27  conviction.  Accordingly, the assignment of the matters to the
28  same district judge and magistrate judge is likely to effect a
```

substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same district judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Hayes v. Dexter, Civ. No. 2:07-2755 WBS JFM, and Hayes v. Sisto, Civ. No. 2:09-2433 GEB EFB be, and the same hereby are, deemed related and the case denominated Hayes v. Sisto, Civ. No. 2:09-2433 GEB EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge JOHN F. MOULDS for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as Hayes v. Sisto, Civ. No. 2:09-2433 WBS JFM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: January 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2